UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
Attorney for the debtor
412 White Horse Pike
Audubon, NJ 08106

In Re:

William and Sontay Spence

Case No.: 22-15609

Chapter: 13

Hearing Date: 8/9/2022 at 10:30AM

Judge: ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Eric J Clayman,

   ☒ am the attorney for: William and Sontay Spence

   ☐ am self-represented

   Phone number: 856-546-9696

   Email address: mail@jenkinsclayman.com

2. I request an adjournment of the following hearing:

   Matter: Order Show Cause

   Current hearing date and time: August 9, 2022 at 10:30 AM

   New date requested: 2 Weeks

   Reason for adjournment request: Our primary bankruptcy typist is unavailable and we need 2 weeks to have the remaining schedules typed and approved by the Debtor.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☒ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: 08/05/2022_____              /s/ Eric J Clayman_____
                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: _8/23/22 @ 10:30 A.M._____        ☒ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

   **In the future a Motion to Extend Time Must be filed to extend time to file missing papers **

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2