Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−15609−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William A. Spence
410 Snow Fox Lane
Egg Harbor Township, NJ 08234

Sontay L. Spence
aka Sontay L. Warner
410 Snow Fox Lane
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−6338

xxx−xx−1401

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/14/22
Time:            09:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 18, 2022
JAN:

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 22-15609-ABA

William A. Spence                                                              Chapter 13

Sontay L. Spence

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: 132 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Spence, Sontay L. Spence, 410 Snow Fox Lane, Egg Harbor Township, NJ 08234-8014 |
| cr | + | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519658917 | + | Carmax, PO Box 6045, Carol Stream IL 60197-6045 |
| 519671601 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519658921 | + | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519684102 | + | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519658923 | + | Loan Depot, PO Box 251612, Plano TX 75025-1510 |
| 519658926 | + | Mariner Finance, PO Box 44490, Nottingham MD 21236-6490 |
| 519658927 | | NJ Division of Taxation, 3 John Fitch Way 5th floor, Trenton NJ 08611 |
| 519682448 | + | Saldutti Law Group, Rebecca K. McDowell, Esq., 1040 N. Kings Highway, Ste 100, Cherry Hill, New Jersey 08034-1925 |
| 519658930 | + | South Jersey Gas, PO Box 6091, Bellmawr NJ 08099-6091 |
| 519658931 | + | Trinity Solar, 133 Gaither Dr, Mount Laurel NJ 08054-1710 |
| 519658934 | + | Westgate, 5601 Windhover Dr, Orlando FL 32819-7936 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 18 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 18 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519658916 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 18 2022 20:43:00 | Atlantic City Electric, PO Box 13610, Philadelphia PA 19101-3610 |
| 519673680 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 18 2022 20:43:00 | Atlantic City Electric Co, Bankruptcy Division, 5 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519666829 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 18 2022 20:43:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 519675532 | | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2022 20:43:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519658918 | + | Email/Text: bankruptcy@sw-credit.com | Aug 18 2022 20:43:00 | Comcast, co Southwest Credit Systems, 4120 International Pkwy 1100, Carrollton TX 75007-1958 |
| 519658925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2022 20:51:57 | Macys, DSNB, PO Box 8218, Mason OH 45040 |
| 519662189 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 18 2022 20:52:24 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

District/off: 0312-1 · User: admin · Page 2 of 3
Date Rcvd: Aug 18, 2022 · Form ID: 132 · Total Noticed: 34

| ID | | Method/Address | Time | Recipient |
|---|---|---|---|---|
| 519658919 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 18 2022 20:51:54 | Exeter Finance LLC, 2101 W John Carpenter Fwy, Irving TX 75063-3228 |
| 519658920 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2022 20:43:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 519658922 | | Email/Text: assetrecovery@jerseyshorefcu.org | Aug 18 2022 20:42:00 | Jersey Shore FCU, 1434 New Road, Northfield NJ 08225 |
| 519658921 | + | Email/Text: mail@jenkinsclayman.com | Aug 18 2022 20:43:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519679539 | ^ | MEBN | Aug 18 2022 20:42:27 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519658924 | + | Email/Text: camanagement@mtb.com | Aug 18 2022 20:43:00 | MT Bank, 1 Fountain Pl, Buffalo NY 14203-1495 |
| 519658929 | + | Email/PDF: cbp@onemainfinancial.com | Aug 18 2022 20:51:48 | OneMain, PO Box 740594, Cincinnati OH 45274-0594 |
| 519673062 | + | Email/PDF: cbp@onemainfinancial.com | Aug 18 2022 20:52:22 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 519658928 | + | Email/PDF: cbp@onemainfinancial.com | Aug 18 2022 20:52:06 | Onemain, PO Box 1010, Evansville IN 47706-1010 |
| 519660240 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 18 2022 20:52:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519671444 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 18 2022 20:43:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 519658932 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Aug 18 2022 20:42:00 | US Dept of Education GLELSI, PO Box 7860, Madison WI 53707-7860 |
| 519658933 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 18 2022 20:52:15 | Wells Fargo Card Services, PO Box 14517, Des Moines IA 50306-3517 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022 · Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

**Name** · **Email Address**

Denise E. Carlon

District/off: 0312-1                          User: admin                                    Page 3 of 3

Date Rcvd: Aug 18, 2022                       Form ID: 132                                    Total Noticed: 34

              on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman

              on behalf of Joint Debtor Sontay L. Spence mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Eric Clayman

              on behalf of Debtor William A. Spence mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Isabel C. Balboa

              ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Rebecca K. McDowell

              on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee

              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6