53413
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Exeter Finance LLC
f/k/a Exeter Finance Corp.
JM5630_____

|  |  |
|---|---|
| IN RE:  WILLIAM A. SPENCE<br>　　　　SONTAY L. SPENCE | UNITED STATES<br>BANKRUPTCY COURT FOR<br>THE DISTRICT OF NEW JERSEY<br><br>CHAPTER: 13<br><br>CASE NO.:  22-15609 (ABA)<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS, AND DISCLOSURE STATEMENTS |

Exeter Finance LLC f/k/a/ Exeter Finance Corp. enters its appearance and the law firm of

Morton & Craig LLC, pursuant to  Fed R Bankr P 9010, hereby enters their appearance as attorneys

for Exeter Finance LLC f/k/a Exeter Finance Corp. with regard to all matters and proceedings in the

above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC

110 Marter Avenue, Suite 301

Moorestown, NJ 08057

(856) 866-0100

Exeter Finance LLC f/k/a Exeter Finance Corp., pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Exeter Finance LLC f/k/a Exeter Finance Corp. by due service upon its undersigned attorneys, Morton & Craig LLC, at the address stated above and also to it at the following address:

> Exeter Finance LLC
> f/k/a Exeter Finance Corp.
> 4515 N. Santa Fe Avenue
> Dept. APS
> Oklahoma City, OK 73118

Exeter Finance LLC f/k/a Exeter Finance Corp., pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/   John R. Morton, Jr.

John R. Morton, Jr., Esquire
Morton & Craig LLC
Attorneys for Exeter Finance LLC
f/k/a Exeter Finance Corp.

Dated: 8/31/22