53413

MORTON & CRAIG LLC
William E. Craig, Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Exeter Finance LLC
f/k/a Exeter Finance Corp.
JM-5630

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 22-15609 (ABA) |
| WILLIAM A. SPENCE | Chapter 13 |
| SONTAY L. SPENCE | |
| | **OBJECTION TO CONFIRMATION** |

Exeter Finance LLC f/k/a Exeter Finance Corp. ("Exeter"), a secured creditor of the Debtors, objects to the Debtors' Plan for the following reasons:

a. The Debtors' proposed cramdown value of $14,000.00 for the **2016 Nissan Rogue** is too low.  The Debtors filed their petition in July of 2022.  The vehicle has a clean retail value of $16,300.00 as per the NADA Official Used Car Guide, July 2022 edition. In accordance with §506(a)(2), the replacement value of the vehicle is the full retail value.  The Debtors must pay $16,300.00 plus interest, in order to adequately protect Exeter for any risk of loss.

b. The

53413

c. The Debtors' proposed interest rate of 5.5% is too low. Exeter is entitled to be paid the prime rate of interest plus an increase for risk of loss. <u>In Re Till</u>. The prime interest rate at the time of the Debtors' filing was 4.75%. Exeter objects to the Debtors' Plan unless the Debtors pay an interest rate of 6.75% on the $16,300.00 over the life of the Plan (60 months) in order to adequately protect Exeter for any risk of loss.

d. The Plan as proposed also violates §1326(a)(1) since it does not provide for payment to Exeter of adequate protection payments. Adequate protection payments should be made to Exeter beginning in August of 2022 at $244.00 per month, being 1.5% of the vehicle value. Payments should be made within 30 days of filing and should continue up to and after confirmation, until regular payments are to be commenced through the Plan to Exeter. Adequate protection payments to Exeter should be given super priority administrative expense status and in all events must be paid prior to payment of any counsel fees to Debtors' attorney.

e. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract. Exeter Finance must be listed

53413

as loss payee or additional insured. **The Debtors must provide Exeter with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the Debtors provide proof of insurance**.

f. Exeter must retain its lien on the vehicle following confirmation.

g. Exeter credit reserves the right to object to the feasibility and good faith of this Plan and filing.

/s/ William E. Craig

_____
William E. Craig, attorney for
Exeter Finance LLC
f/k/a Exeter Finance Corp.

Date: 8-31-22