Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−15609−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William A. Spence
410 Snow Fox Lane
Egg Harbor Township, NJ 08234

Sontay L. Spence
aka Sontay L. Warner
410 Snow Fox Lane
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−6338                xxx−xx−1401

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on January 26, 2023.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 26, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
William A. Spence  
Sontay L. Spence  
    Debtors

Case No. 22-15609-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 148 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Spence, Sontay L. Spence, 410 Snow Fox Lane, Egg Harbor Township, NJ 08234-8014 |
| cr | + | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519658917 | + | Carmax, PO Box 6045, Carol Stream IL 60197-6045 |
| 519671601 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519684102 | + | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519658923 | + | Loan Depot, PO Box 251612, Plano TX 75025-1518 |
| 519658926 | + | Mariner Finance, PO Box 44490, Nottingham MD 21236-6490 |
| 519696260 | + | Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 519658927 | | NJ Division of Taxation, 3 John Fitch Way 5th floor, Trenton NJ 08611 |
| 519682448 | + | Saldutti Law Group, Rebecca K. McDowell, Esq., 1040 N. Kings Highway, Ste 100, Cherry Hill, New Jersey 08034-1925 |
| 519658930 | + | South Jersey Gas, PO Box 6091, Bellmawr NJ 08099-6091 |
| 519658931 | + | Trinity Solar, 133 Gaither Dr, Mount Laurel NJ 08054-1710 |
| 519658934 | + | Westgate, 5601 Windhover Dr, Orlando FL 32819-7936 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 26 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 26 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jan 27 2023 01:49:00 | Exeter Finance LLC f/k/a Exeter Finance Corp., 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: rmcdowell@slgcollect.com | Jan 26 2023 21:00:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519658916 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 26 2023 21:01:00 | Atlantic City Electric, PO Box 13610, Philadelphia PA 19101-3610 |
| 519673680 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 26 2023 21:01:00 | Atlantic City Electric Co, Bankruptcy Division, 5 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519666829 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jan 26 2023 21:00:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 519675532 | | EDI: Q3G.COM | Jan 27 2023 01:49:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519658918 | + | Email/Text: bankruptcy@sw-credit.com | Jan 26 2023 21:01:59 | Comcast, co Southwest Credit Systems, 4120 International Pkwy 1100, Carrollton TX |

Case 22-15609-ABA   Doc 36   Filed 01/28/23   Entered 01/29/23 00:16:35   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 148 | Total Noticed: 39 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 75007-1958 |
| 519658925 | + | EDI: CITICORP.COM | Jan 27 2023 01:49:00 | Macys, DSNB, PO Box 8218, Mason OH 45040 |
| 519696017 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 26 2023 21:10:23 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 519662189 | + | EDI: AISACG.COM | Jan 27 2023 01:49:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519658919 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 26 2023 21:09:56 | Exeter Finance LLC, 2101 W John Carpenter Fwy, Irving TX 75063-3228 |
| 519658920 | + | EDI: IRS.COM | Jan 27 2023 01:49:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 519658922 | | Email/Text: assetrecovery@jerseyshorefcu.org | Jan 26 2023 21:00:00 | Jersey Shore FCU, 1434 New Road, Northfield NJ 08225 |
| 519658921 | + | Email/Text: mail@jenkinsclayman.com | Jan 26 2023 21:00:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519684102 | + | Email/Text: rmcdowell@slgcollect.com | Jan 26 2023 21:00:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519679539 | ^ | MEBN | Jan 26 2023 20:54:30 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519658924 | + | Email/Text: camanagement@mtb.com | Jan 26 2023 21:01:00 | MT Bank, 1 Fountain Pl, Buffalo NY 14203-1495 |
| 519658929 | + | EDI: AGFINANCE.COM | Jan 27 2023 01:49:00 | OneMain, PO Box 740594, Cincinnati OH 45274-0594 |
| 519673062 | + | EDI: AGFINANCE.COM | Jan 27 2023 01:49:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 519658928 | + | EDI: AGFINANCE.COM | Jan 27 2023 01:49:00 | Onemain, PO Box 1010, Evansville IN 47706-1010 |
| 519708594 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 21:09:59 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519682448 | + | Email/Text: rmcdowell@slgcollect.com | Jan 26 2023 21:00:00 | Saldutti Law Group, Rebecca K. McDowell, Esq., 1040 N. Kings Highway, Ste 100, Cherry Hill, New Jersey 08034-1925 |
| 519660240 | + | EDI: RMSC.COM | Jan 27 2023 01:49:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519671444 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 26 2023 21:01:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 519658932 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 26 2023 21:00:00 | US Dept of Education GLELSI, PO Box 7860, Madison WI 53707-7860 |
| 519694497 | | EDI: WFFC2 | Jan 27 2023 01:49:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519658933 | + | EDI: WFFC2 | Jan 27 2023 01:49:00 | Wells Fargo Card Services, PO Box 14517, Des Moines IA 50306-3517 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Trustee Isabel C. Balboa mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Sontay L. Spence mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor William A. Spence mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| John R. Morton, Jr. | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Rebecca K. McDowell | on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 10