Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                                Case No.: 22−15609−ABA
                                                Chapter:  13
                                                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William A. Spence<br>410 Snow Fox Lane<br>Egg Harbor Township, NJ 08234 | Sontay L. Spence<br>aka Sontay L. Warner<br>410 Snow Fox Lane<br>Egg Harbor Township, NJ 08234 |

Social Security No.:
  xxx−xx−6338                                                              xxx−xx−1401

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 10, 2023</u>                      <u>Andrew B. Altenburg Jr.</u>
                                       Judge, United States Bankruptcy Court